*H. Mercer Jordan, Bouhan & Atkinson,* for plaintiff.
*Hartridge & Brennan,* for defendants.

### 19002. WATKINS *v.* JONES.

JENKINS, P. J. In the instant claim case the evidence authorized the judgment of the trial magistrate finding the property subject, and the judge of the superior court did not err in overruling the certiorari. *Judgment affirmed. Stephens and Bell, JJ., concur.*

DECIDED JANUARY 22, 1929.

*E. L. Smith,* for plaintiff in error. *Cowart & Durden,* contra.